# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kylie Rose Ezykowsky                      CHAPTER 13

Debtor(s)

BKY. NO. 24-21599 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

PA Western BK
18 Jul 2024, 10:02:38, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 1996424f00c66b6e97f19949cea1e60780d80cd697a1014e59b08fa45641e6da